UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONTAY MCMANN,
    Petitioner,

No. 1:02-cv-403

-v-

HONORABLE PAUL L. MALONEY

GREG MCQUIGGIN,
    Respondent.

## JUDGMENT

Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

**THIS ACTION IS TERMINATED.**

Date: May 28, 2010                      /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge